IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AUTUMN MORRIS, and DOROTHY
MORRIS,

            Plaintiffs,

            v.

WAYNE HAGEN, et al.,

            Defendants.

_____

Case No. 6:13-cv-00211-TC

ORDER

MCSHANE, Judge:

Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 63), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Acting *pro se*, plaintiff Dorothy Morris filed objections to the report. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct. Magistrate Judge Coffin's Findings and Recommendation (ECF No. 63) is adopted. This action is dismissed, with prejudice.

IT IS SO ORDERED.

DATED this 21st day of October, 2013.


                        _____/s/ Michael J. McShane _____
                             Michael McShane
                         United States District Judge